UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RONNY-MARIE WILSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COOK'S SEAFOOD INC. dba COOK'S SEAFOOD; V. ELIZABETH COWELL, Trustee of THE V. ELIZABETH COWELL TRUST dated September 16, 1997,<br><br>　　　　Defendants. | Case No: C 17-00585 SBA<br><br>**CONDITIONAL DISMISSAL ORDER** |

　　　　Having received notice of the settlement of this action, <u>see</u> Dkt. 20, and it appearing that no issue remains for the Court's determination,

　　　　IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED. In the event that the settlement is not reached, any party may move to reopen the case and trial will be rescheduled, provided that such motion is filed within sixty (60) days of this order. All scheduled dates are VACATED.

　　　　IT IS SO ORDERED.

Dated: 8/1/17

　　　　　　　　　　　　　　　　　　*Saundra B Armstrong*
　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　Senior United States District Judge